United States Bankruptcy Court

Southern District of Florida

In re:

Case No. 25-14568-MAM

Green Terrace Condominium Association, I

Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 309F1 | Total Noticed: 85 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Green Terrace Condominium Association, Inc., 2054 Vista Parkway Suite 4500, West Palm Beach, FL 33411-6741 |
| aty | + | Nathan Allan Wheatley, DOJ-Ust, 170 N. High St., Ste 200, Columbus, OH 43215-2417 |
| 97950249 | + | Amwins Insurance Brokerage of Florida, 1227 South Patrick Drive, Suite 101, Satellite Beach, FL 32937-3969 |
| 97950250 | + | Armando Fana, Assistant City Administrator, City of West Palm Beach, 401 Clematis Street, West Palm Beach, FL 33401-5319 |
| 97950251 | | Arrieta, Aristides, 9363 Quail Trl., Jupiter, FL 33478-6369 |
| 97950252 | + | Association Flood Insurance, USA Insurance Services National, Inc., 201 Alhambra Circle, Suite 901, Miami, FL 33134-5108 |
| 97950253 | | Bailynson, Kenneth, 677 Cresta Cir., West Palm Beach, FL 33413-1047 |
| 97950254 | + | Bailynson, Kenneth I., c/o Law Offices of Stephen M. Cohen, P.A., 11760 U.S. Highway One, Suite 504, Palm Beach Gardens, FL 33408-3088 |
| 97950256 | + | Berkley Management Protection, Attn.: Underwriting, 433 South Main Street, Suite 200, West Hartford, CT 06110-2815 |
| 97950257 | + | Berkley Regional Insurance Company, 11201 Douglas Avenue, Urbandale, IA 50322-3707 |
| 97950258 | + | Boken Lending II LLC, 677 Cresta Cir., West Palm Beach, FL 33413-1047 |
| 97950259 | + | Boken Lending II, LLC, c/o Law Offices of Stephen M. Cohen, P.A., 11760 U.S. Highway One, Suite 504, Palm Beach Gardens, FL 33408-3088 |
| 97950260 | + | Bumgardner, Tiara, 10366 Fox Trail Road, Apt. 17, Royal Palm Beach, FL 33411-1453 |
| 97950261 | | Caballero, Virginia P., 2800 Georgia Ave., Apt. A5, West Palm Beach, FL 33405-1470 |
| 97950262 | | Canela Investment Corp., 4100 N. Miami Ave., #2, Miami, FL 33127-2800 |
| 97950263 | + | Canopus Investment Group LLC, 6671 W Indiantown Rd., Ste. 50-379, Jupiter, FL 33458-3991 |
| 97950264 | | Cevallos, Denisse E. Muniz, 2800 Georgia Ave., Apt. E29, West Palm Beach, FL 33405-1466 |
| 97950265 | + | Ciriello, Angela, c/o William H. Pincus, Esq., Pincus & Currier LLP, 1555 Palm Beach Lakes Blvd., #320, West Palm Beach, FL 33401-2327 |
| 97950266 | + | Ciriello, Vicky Lynn, c/o William H. Pincus, Esq., Pincus & Currier LLP, 1555 Palm Beach Lakes Blvd., #320, West Palm Beach, FL 33401-2327 |
| 97950267 | + | City of West Palm Beach, 401 Clematis Street, West Palm Beach, FL 33401-5319 |
| 97950269 | + | City of West Palm Beach, P.O. Box 3366, West Palm Beach, FL 33402-3366 |
| 97950268 | + | City of West Palm Beach, Office of the City Attorney, 401 Clematis Street, West Palm Beach, FL 33401-5319 |
| 97950270 | | Daniel B. Rosenthal, Esq., 1900 Glades Road, Ste. 270, Boca Raton, FL 33431-8549 |
| 97950271 | + | David I. Spector, Esq., Holland & Knight LLP, 777 South Flagler Drive, Suite 1900, West Tower, West Palm Beach, FL 33401-6144 |
| 97950272 | | Davis, Harvey L., 1014 Wynnwood Cir., Lake Worth, FL 33462-4148 |
| 97950273 | + | Davis, Harvey Lee, 1014 Wynnwood Cir., Lake Worth, FL 33462-4148 |
| 97950274 | | Davis, Sylvia W., 1014 Wynnwood Cir., Lake Worth, FL 33462-4148 |
| 97950275 | | De La Cruz, Javier, 8651 SW 140th Terr., Miami, FL 33158-1068 |
| 97950276 | + | Delgado, Mauricio, c/o Alberto M. Lara, Esq., The Pendas Law Firm, 2332 Galiano Street, Suite 205, Coral Gables, FL 33134-5402 |
| 97950277 | + | Eisinger, Lewis, Frankel, Chaiet, et al., 4000 Hollywood Boulevard, Suite 265 South, Hollywood, FL 33021-6782 |
| 97950278 | | Florez, Fabio M., 2800 Georgia Ave., Apt. B10, West Palm Beach, FL 33405-1469 |
| 97950279 | + | Florida Elite Insurance, 13700 US Highway One, Suite 202C, Juno Beach, FL 33408-1600 |
| 97950280 | | Garcia, Fabio, 2800 Georgia Ave., Apt. B10, West Palm Beach, FL 33405-1469 |
| 97950281 | | Giraldo, Marianela, 8651 SW 140th Terr., Miami, FL 33158-1068 |
| 97950282 | | Green Terrace Land Trust, 6137 SW 1st St, Margate, FL 33068-1605 |
| 97950283 | + | Gregory Eisinger, Esq., Eisinger, Lewis, Frankel, et al., 4000 Hollywood Boulevard, Suite 265 South, Hollywood, FL 33021-6782 |
| 97950284 | + | Grerenwich Insurance Company, Regulatory Office, 505 Eagleview Boulevard, Suite 100, Exton, PA 19341-1199 |
| 97950285 | | Haft, Steinlauf & Co., 1200 S. Pine Island Road, Suite 475, Plantation, FL 33324-4470 |
| 97950286 | | Hu, Yue, PO Box 651446, Miami, FL 33265-1446 |
| 97950288 | + | James River Insurance Company, P.O. Box 27648, Richmond, VA 23261-7648 |
| 97950289 | + | Kenigsberg, Kolman, KW Property Management, 8200 NW 33rd Street, Suite 300, Miami, FL 33122-1901 |
| 97950290 | | Len, Laura M., 2800 Georgia Ave., Apt. A5, West Palm Beach, FL 33405-1470 |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 309F1 | Total Noticed: 85 |

| | | |
|---|---|---|
| 97950291 | | Linton, Levar, 1904 Hunters Ct., Wellington, FL 33414-6188 |
| 97950292 | | Lussier, Tracy, 2800 Georgia Ave., Apt. K70, West Palm Beach, FL 33405-1460 |
| 97950301 | + | MH CAM, LLC, Attn.: Myrna Hernandez, 2054 Vista Parkway, Suite 4500, West Palm Beach, FL 33411-6741 |
| 97950293 | + | Maria F. Agudelo, Esq., Perez Mayoral, P.A., 999 Ponce de Leon Blvd., Suite 705, Miami, FL 33134-3042 |
| 97950294 | | Martinez, Carmen I., 14422 SW 108th Ter, Miami, FL 33186-6600 |
| 97950296 | + | Matus, Sandra, 3346 45th Street, West Palm Beach, FL 33407-1920 |
| 97950295 | + | Matus, Sandra, 6552 Spring Meadow Drive, West Palm Beach, FL 33413-3400 |
| 97950297 | | McCabe Development LLC, 2559 Webb Ave., Ste. 5, Delray Beach, FL 33444-4365 |
| 97950298 | | McCabe Reynolds LLC, 120 S Olive Ave., Ste. 600, West Palm Beach, FL 33401-5535 |
| 97950299 | + | McCabe, Eric, c/o William H. Pincus, Esq., Pincus & Currier LLP, 1555 Palm Beach Lakes Blvd., #320, West Palm Beach, FL 33401-2327 |
| 97950300 | | Medina, Denise, 2800 Georgia Avenue, Apt. F37, West Palm Beach, FL 33405-1465 |
| 97950302 | | Mia Real Holdings LLC, 5301 N. Federal Hwy., Ste. 190, Boca Raton, FL 33487-4918 |
| 97950303 | | Mia Real Rentals II LLC, 5301 N. Federal Hwy., Ste. 185, Boca Raton, FL 33487-4918 |
| 97950304 | | Mia Real Rentals LLC, 5301 N. Federal Hwy., Ste. 185, Boca Raton, FL 33487-4918 |
| 97950305 | | Monirujjaman, MD, 5514 Baja Terr., Greenacres, FL 33463-5979 |
| 97950306 | | Muniz, Atanacio S., 2800 Georgia Ave., Apt. E29, West Palm Beach, FL 33405-1466 |
| 97950308 | + | Noel, Matthew, 3346 45th Street, West Palm Beach, FL 33407-1920 |
| 97950307 | + | Noel, Matthew, 7419 74th Way, West Palm Beach, FL 33407-6735 |
| 97950309 | | Nuruzzaman, MD, 5514 Baja Terr., Greenacres, FL 33463-5979 |
| 97950310 | + | Ortiz, Angel Alfredo, 2800 Georgia Avenue, Apt. 27, West Palm Beach, FL 33405-1418 |
| 97950311 | + | Ortiz, Gerardo, 800 Ridgewood Drive, West Palm Beach, FL 33405-1442 |
| 97950312 | + | Oscar Lawn Services, 3015 Reo Lane, West Palm Beach, FL 33461-2427 |
| 97950314 | + | Richmond National Insurance Compaony, 11013 West Broad Street, Suite 300, Glen Allen, VA 23060-6017 |
| 97950315 | + | Sachs Sax Caplan, P.L., Attn.: Spencer M. Sax, Esq., 6111 Broken Sound Parkway NW, Suite 200, Boca Raton, FL 33487-3644 |
| 97950316 | + | Sanchez, Elena, 2800 Georgia Avenue, Unit D20, West Palm Beach, FL 33405-1467 |
| 97950317 | | Sarrell, Sarrell & Bender, P.L., Attn.: Steven Sarell, Esq., 5301 N. Federal Hwy, Suite 190, Boca Raton, FL 33487-4918 |
| 97950318 | + | Stephen M. Cohen, Esq., Law Offices of Stephen M. Cohen, P.A., 11760 U.S. Highway One, Ste. 504, North Palm Beach, FL 33408-3088 |
| 97950319 | + | Steven L. Beiley, Esq., Aaronson Schantz Beiley, P.A., One Biscayne Tower, Suite 3450, Miami, FL 33131-1806 |
| 97950321 | | Triune FL LLC, 8308 Tally Ho Rd., Luthvle Timon, MD 21093-4721 |
| 97950322 | + | USA, U.S. Marshals Service, c/o 1215 S. Clark St., Rm. 9054, Arlington, VA 22202-4387 |
| 97950323 | | Vargas, Luz Mila, 5121 Pine Abbey Dr., S., West Palm Beach, FL 33415-7478 |
| 97950324 | + | Victor G. Carosi, Esq., Director of Public Utilities, City of West Palm Beach, 401 Clematis Street, West Palm Beach, FL 33401-5319 |
| 97950325 | + | Villafane, Kyraida Nicol, 2800 Georgia Avenue, Apt. 27, West Palm Beach, FL 33405-1418 |
| 97950327 | | WPAC RE Holdings LLC, 677 Cresta Cir., West Palm Beach, FL 33413-1047 |
| 97950328 | + | WPAC RE Holdings, LLC, c/o Law Offices of Stephen M. Cohen, P.A, 11760 U.S. Highway One, Suite 504, Palm Beach Gardens, FL 33408-3088 |
| 97950326 | + | William H. Pincus, Esq., Melanie L. Campbell, Esq., Pincus & Currier LLP, 1555 Palm Beach Lakes Blvd., #320, West Palm Beach, FL 33401-2327 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 29 2025 00:44:00 | Martin P Ochs, Office of the US Trustee, 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| aty | | Email/Text: mniles@bergersingerman.com | Apr 29 2025 00:39:00 | Michael Jordan Niles, 313 N. Monroe Street, Ste 301, Tallahassee, FL 32301 |
| smg | | EDI: FLDEPREV.COM | Apr 29 2025 03:34:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Apr 29 2025 03:34:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 29 2025 00:44:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97950255 | | EDI: BANKAMER | Apr 29 2025 03:34:00 | Bank of America, N.A, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 97950313 | | Email/Text: legalservices@pbctax.com | Apr 29 2025 00:45:00 | Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402-3715 |

TOTAL: 7

District/off: 113C-9 | User: admin | Page 3 of 3
Date Rcvd: Apr 28, 2025 | Form ID: 309F1 | Total Noticed: 85

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97950287 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 97950320 | ##+ | Trisura Specialty Insurance Company, 210 Park Avenue, Suite 1400, Oklahoma City, OK 73102-5654 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Martin P Ochs | on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov |
| Michael Jordan Niles | on behalf of Debtor Green Terrace Condominium Association  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Nathan Allan Wheatley | on behalf of U.S. Trustee Office of the US Trustee nathan.a.wheatley@usdoj.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor | Green Terrace Condominium Association, Inc. <br> _Name_ | EIN: 59–1498838 |
| United States Bankruptcy Court   Southern District of Florida | | Date case filed for chapter:   11   4/25/25 |
| Case number:   25–14568–MAM | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

<u>WARNING TO DEBTOR:</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Green Terrace Condominium Association, Inc. | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 2054 Vista Parkway Suite 4500 <br> West Palm Beach, FL 33411 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and address | Michael Jordan Niles <br> 313 N. Monroe Street <br> Ste 301 <br> Tallahassee, FL 32301 | Contact phone 850–561–3010 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg <br> 1515 N Flagler Dr #801 <br> West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (561) 514–4100 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings. <br><br> Clerk of Court: **Joseph Falzone** <br> Dated: **4/28/25** |
| 6. | **\*MEETING OF CREDITORS\*** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 29, 2025 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **\*MEETING WILL BE HELD BY TELEPHONE\*** <br><br> **Trustee:  Office of the US Trustee** <br> Call in number:  866–915–4419 <br> Participant Code:  6071331 |

Local Form 309F1 USBC SDFL (Corporations or Partnerships)  (06/14/2021)  **Notice of Chapter 11 Bankruptcy Case**                    page **1**

Debtor   **Green Terrace Condominium Association, Inc.**                              Case number **25–14568–MAM**

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/7/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/22/25** |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>    ● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>    ● you file a proof of claim in a different amount; or<br>    ● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**<br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**    **07/28/2025** | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |