UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 25-14568-BKC-MAM
                                                          Chapter 11

**GREEN TERRACE CONDOMINIUM**
**ASSOCIATION, INC.,**


_____Debtor._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Final Order (I) Authorizing and Approving Sale of Real Property Located at 2800 Georgia Avenue, West Palm Beach, Florida 33405 and Associated Personal Property to Big Bear Enterprises, LLC, Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Other Related Relief* (Dkt. No. 254) was served via CM/ECF to those registered to receive notice via CM/ECF in this case; and via U.S. Mail to the parties below, as indicated, on the attached service list on the 11th day of May, 2026.

Respectfully submitted,

BAST AMRON LLP
*Counsel for the Chapter 11 Trustee,*
*Daniel J. Stermer*
One Southeast Third Ave., Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Email: bamron@bastamron.com
Email: jleggett@bastamron.com

By: _/s/ Jaime B. Leggett_____
      Brett M. Amron, Esq. (FBN 0148342)
      Jaime B. Leggett, Esq. (FBN 1016485)

1

4930-0705-6280, v. 1

## SERVICE LIST

**VIA U.S. MAIL**

Green Terrace Unit Owners[1]

SRI Infotech LLC
401 Ivyshaw Rd.
Cary, NC 27519-1523

Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

And the parties listed within the attached mailing matrix.

---

[1] A full list of the unit owners' names with service addresses is available upon request.

4930-0705-6280, v. 1

Label Matrix for local noticing
113C-9
Case 25-14568-MAM
Southern District of Florida
West Palm Beach
Wed Mar  4 13:33:20 EST 2026

BOK Lending II LLC
c/o Julianne Frank, Esq
4495 Military Trail
Suite 107
Jupiter, FL 33458-4818

City of West Palm Beach
c/o Kelley Kaplan & Eller PLLC
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Green Terrace Condominium Association, Inc.
2054 Vista Parkway Suite 4500
West Palm Beach, FL 33411-6741

WPAC RE Holdings LLC
c/o Julianne Frank, Esq
4495 Military Trail
Suite 107
Jupiter, FL 33458-4818

A and J Roofing Contractors, Inc.
3940 10th Ave. N.
Suite 5A
Palm Springs, FL 33461-2865

Amwins Insurance Brokerage of Florida
1227 South Patrick Drive
Suite 101
Satellite Beach, FL 32937-3969

Armando Fana
Assistant City Administrator
City of West Palm Beach
401 Clematis Street
West Palm Beach, FL 33401-5319

Arrieta, Aristides
9363 Quail Trl.
Jupiter, FL 33478-6369

Association Flood Insurance
USA Insurance Services National, Inc.
201 Alhambra Circle
Suite 901
Miami, FL 33134-5108

Bailynson, Kenneth
677 Cresta Cir.
West Palm Beach, FL 33413-1047

Bailynson, Kenneth I.
c/o Law Offices of Stephen M. Cohen, P.A
11760 U.S. Highway One, Suite 504
Palm Beach Gardens, FL 33408-3088

Bank of America, N.A
7105 Corporate Drive
Plano, TX 75024-4100

Berkley Management Protection
Attn.:  Underwriting
433 South Main Street
Suite 200
West Hartford, CT 06110-2815

Berkley Regional Insurance Company
11201 Douglas Avenue
Urbandale, IA 50322-3707

Bok Lending II LLC
c/o Ken Bailynson
677 Cresta Circle
West Palm Beach, Florida 33413-1047

Boken Lending II LLC
677 Cresta Cir.
West Palm Beach, FL 33413-1047

Boken Lending II, LLC
c/o Law Offices of Stephen M. Cohen, P.A
11760 U.S. Highway One
Suite 504
Palm Beach Gardens, FL 33408-3088

Bumgardner, Tiara
10366 Fox Trail Road
Apt. 17
Royal Palm Beach, FL 33411-1453

Caballero, Virginia P.
2800 Georgia Ave.
Apt. A5
West Palm Beach, FL 33405-1470

Canela Investment Corp.
4100 N. Miami Ave.
#2
Miami, FL 33127-2800

Canopus Investment Group LLC
6671 W Indiantown Rd.
Ste. 50-379
Jupiter, FL 33458-3991

Carmen Iris Martinez
14422 SW 108 Terrace
Miami, FL 33186-6600

Cevallos, Denisse E. Muniz
2800 Georgia Ave.
Apt. E29
West Palm Beach, FL 33405-1466

Ciriello, Angela
c/o William H. Pincus, Esq.
Pincus & Currier LLP
1555 Palm Beach Lakes Blvd., #320
West Palm Beach, FL 33401-2327

Ciriello, Vicky Lynn
c/o William H. Pincus, Esq.
Pincus & Currier LLP
1555 Palm Beach Lakes Blvd., #320
West Palm Beach, FL 33401-2327

City of West Palm Beach
401 Clematis Street
West Palm Beach, FL 33401-5319

City of West Palm Beach
Office of the City Attorney
401 Clematis Street
West Palm Beach, FL 33401-5319

City of West Palm Beach
P.O. Box 3366
West Palm Beach, FL 33402-3366

Daniel B. Rosenthal, Esq.
1900 Glades Road, Ste. 270
Boca Raton, FL 33431-8549

David I. Spector, Esq.
Holland & Knight LLP
777 South Flagler Drive
Suite 1900, West Tower
West Palm Beach, FL 33401-6144

Davis, Harvey L.
1014 Wynnwood Cir.
Lake Worth, FL 33462-4148

Davis, Harvey Lee
1014 Wynnwood Cir.
Lake Worth, FL 33462-4148

Davis, Sylvia W.
1014 Wynnwood Cir.
Lake Worth, FL 33462-4148

De La Cruz, Javier
8651 SW 140th Terr.
Miami, FL 33158-1068

Delgado, Mauricio
c/o Alberto M. Lara, Esq.
The Pendas Law Firm
2332 Galiano Street, Suite 205
Coral Gables, FL 33134-5402

Division 16 Electric Company
Attn.: Jonathan S. Diettrich
1865 SW 4th Ave
Suite D4
Delray Beach, FL 33444-7998

Eisinger, Lewis, Frankel, Chaiet, et al.
4000 Hollywood Boulevard
Suite 265 South
Hollywood, FL 33021-6782

Florez, Fabio M.
2800 Georgia Ave.
Apt. B10
West Palm Beach, FL 33405-1469

Florida Elite Insurance
13700 US Highway One
Suite 202C
Juno Beach, FL 33408-1600

Garcia, Fabio
2800 Georgia Ave.
Apt. B10
West Palm Beach, FL 33405-1469

Giraldo, Marianela
8651 SW 140th Terr.
Miami, FL 33158-1068

Green Terrace Land Trust
6137 SW 1st St
Margate, FL 33068-1605

Gregory Eisinger, Esq.
Eisinger, Lewis, Frankel, et al.
4000 Hollywood Boulevard
Suite 265 South
Hollywood, FL 33021-6782

Grerenwich Insurance Company
Regulatory Office
505 Eagleview Boulevard
Suite 100
Exton, PA 19341-1199

Haft, Steinlauf & Co.
1200 S. Pine Island Road
Suite 475
Plantation, FL 33324-4470

Hu, Yue
PO Box 651446
Miami, FL 33265-1446

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James River Insurance Company
P.O. Box 27648
Richmond, VA 23261-7648

KW Property Management
8200 NW 3rd Street, Suite 300
Miami, FL 33122

Kenigsberg, Kolman
KW Property Management
8200 NW 33rd Street, Suite 300
Miami, FL 33122-1901

Len, Laura M.
2800 Georgia Ave.
Apt. A5
West Palm Beach, FL 33405-1470

Linton, Levar
1904 Hunters Ct.
Wellington, FL 33414-6188

Lussier, Tracy
2800 Georgia Ave.
Apt. K70
West Palm Beach, FL 33405-1460

MH CAM, LLC
Attn.: Myrna Hernandez
2054 Vista Parkway
Suite 4500
West Palm Beach, FL 33411-6741

Maria F. Agudelo, Esq.
Perez Mayoral, P.A.
999 Ponce de Leon Blvd.
Suite 705
Miami, FL 33134-3042

Martinez, Carmen I.
14422 SW 108th Ter
Miami, FL 33186-6600

Matus, Sandra
3346 45th Street
West Palm Beach, FL 33407-1920

Matus, Sandra
6552 Spring Meadow Drive
West Palm Beach, FL 33413-3400

McCabe Development LLC
2559 Webb Ave.
Ste. 5
Delray Beach, FL 33444-4365

McCabe Reynolds LLC
120 S Olive Ave.
Ste. 600
West Palm Beach, FL 33401-5535

McCabe, Eric
c/o William H. Pincus, Esq.
Pincus & Currier LLP
1555 Palm Beach Lakes Blvd., #320
West Palm Beach, FL 33401-2327

Medina, Denise
2800 Georgia Avenue
Apt. F37
West Palm Beach, FL 33405-1465

Mia Real Holdings LLC
5301 N. Federal Hwy.
Ste. 190
Boca Raton, FL 33487-4918

Mia Real Rentals II LLC
5301 N. Federal Hwy.
Ste. 185
Boca Raton, FL 33487-4918

Mia Real Rentals LLC
5301 N. Federal Hwy.
Ste. 185
Boca Raton, FL 33487-4918

Monirujjaman, MD
5514 Baja Terr.
Greenacres, FL 33463-5979

Muniz, Atanacio S.
2800 Georgia Ave.
Apt. E29
West Palm Beach, FL 33405-1466

Noel, Matthew
3346 45th Street
West Palm Beach, FL 33407-1920

Noel, Matthew
7419 74th Way
West Palm Beach, FL 33407-6735

Nuruzzaman, MD
5514 Baja Terr.
Greenacres, FL 33463-5979

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Angel Alfredo
2800 Georgia Avenue, Apt. 27
West Palm Beach, FL 33405-1418

Ortiz, Gerardo
800 Ridgewood Drive
West Palm Beach, FL 33405-1442

Oscar Lawn Services
3015 Reo Lane
West Palm Beach, FL 33461-2427

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Palm Beach Fire Equipment Co.
3965 A-10 Investment Lane
West Palm Beach, FL 33404-1775

Richmond National Insurance Compaony
11013 West Broad Street, Suite 300
Glen Allen, VA 23060-6017

Sachs Sax Caplan, P.L.
Attn.: Spencer M. Sax, Esq.
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487-3644

Sanchez, Elena
2800 Georgia Avenue
Unit D20
West Palm Beach, FL 33405-1467

Sarrell, Sarrell & Bender, P.L.
Attn.:  Steven Sarell, Esq.
5301 N. Federal Hwy, Suite 190
Boca Raton, FL 33487-4918

Stephen M. Cohen, Esq.
Law Offices of Stephen M. Cohen, P.A.
11760 U.S. Highway One
Ste. 504
North Palm Beach, FL 33408-3088

Steven L. Beiley, Esq.
Aaronson Schantz Beiley, P.A.
One Biscayne Tower
Suite 3450
Miami, FL 33131-1806

Trisura Specialty Insurance Company
210 Park Avenue
Suite 1300
Oklahoma City, OK 73102-5639

Triune FL LLC
8308 Tally Ho Rd.
Luthvle Timon, MD 21093-4721

USA
U.S. Marshals Service
c/o 1215 S. Clark St., Rm. 9054
Arlington, VA 22202-4387

Vargas, Luz Mila
5121 Pine Abbey Dr., S.
West Palm Beach, FL 33415-7478

Victor G. Carosi, Esq.
Director of Public Utilities
City of West Palm Beach
401 Clematis Street
West Palm Beach, FL 33401-5319

Villafane, Kyraida Nicol
2800 Georgia Avenue
Apt. 27
West Palm Beach, FL 33405-1418

WPAC RE Holdings LLC
677 Cresta Cir.
West Palm Beach, FL 33413-1047

WPAC RE Holdings, LLC
c/o Law Offices of Stephen M. Cohen, P.A
11760 U.S. Highway One
Suite 504
Palm Beach Gardens, FL 33408-3088

William H. Pincus, Esq.
Melanie L. Campbell, Esq.
Pincus & Currier LLP
1555 Palm Beach Lakes Blvd., #320
West Palm Beach, FL 33401-2327

Bonnie Miskel
14 SE 4th Street, Suite 36
Boca Raton, FL 33432-6104

Charles Summers
1910 Pacific Avenue, Suite 6060
Dallas, TX 75201-4499

Daniel J. Stermer
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131-1815

Eugene William Fullwood
7027 West Broward Blvd, Suite 273,
Plantation, FL 33317-2208

Jerald A. McLaughlin
1901 W. Cypress Creek Road, Suite 501,
Ft. Lauderdale, FL 33309-1826

Jonathan Whitney
1900 NW Corporate Blvd, Suite 215E
Boca Raton, FL 33431-7428

Joseph J. Luzinski
500 East Broward Boulevard, Suite 1700
Fort Lauderdale, FL 33394-3005

Kenneth Bailynson
c/o Julianne Frank, Esq
4495 Military Trail
Suite 107
Jupiter, FL 33458-4818

Kerry-Ann M. Rin
9200 S. Dadeland Blvd., Suite 316
Miami, FL 33156-2711

Lamar Fisher
2112 E Atlantic Blvd
Pompano Beach Blvd, FL 33062-5208

Mark LeBlanc
1599 SW 30th Ave., Suite 20
Boynton Beach, FL 33426-9054

Michael Jordan Niles
313 N. Monroe Street
Ste 301
Tallahassee, FL 32301-7643

Richard C. Wohlfarth
1310 Neptune Drive
Boynton Beach, FL 33426-8404

Robert A. Callaway
825 U.S. Highway 1, Suite 110
Jupiter, FL 33477-5972

Sheldon Goldberg
4800 N State Rd., 7, Suite 105
Lauderdale Lakes, FL 33319-5805


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)A and J Roofing Contractors, Inc.
3940 10th Ave. N., Suite 5A
Palm Springs, FL 33461-2865

(d)Division 16 Electric Company
Attn.: Jonathan S. Diettrich
1865 SW 4th Ave, Suite D4
Delray Beach, FL 33444-7998


End of Label Matrix
Mailable recipients   106
Bypassed recipients     3
Total               109